LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP
Wendy B. Shepps (WS-1207)
*Attorneys for Defendant Cohen & Slamowitz, LLP*
39 Broadway, 34th Floor
New York, New York 10006
(212) 404-5777

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
SHIMON GOTLIB,                                          :
                                                        :
                          Plaintiff,                    :
                                                        :
                - against -                             :
                                                        :  **11-CV-6292**
                                                        :
COHEN & SLAMOWITZ, LLP                                  :  **ANSWER**
                                                        :
                          Defendant.                    :
------------------------------------------------------------------------------X

      Defendant, COHEN & SLAMOWITZ, LLP (hereinafter "Defendant or "COHEN &

SLAMOWITZ"), by its attorneys, LITTLETON, JOYCE, UGHETTA, PARK & KELLY LLP

hereby responds, upon information and belief, to the Plaintiff's Complaint, as follows:

      **FIRST:**           Denies the truth of each and every allegation contained within

paragraph "1" of Plaintiff's Complaint.

      **SECOND:**        Denies knowledge or information sufficient to form a belief as to

the truth of each and every allegation contained within paragraph "2" of Plaintiff's Complaint.

      **THIRD:**           Denies knowledge or information sufficient to form a belief as to

the truth of each and every allegation contained within paragraph "3" of Plaintiff's Complaint

and in addition, refers all questions of law to the trial court for judicial determination.

      **FOURTH:**        Admits the truth of the allegations contained within paragraph "4"

of Plaintiff's Complaint.

**FIFTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "5" of Plaintiff's Complaint.

**SIXTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "6" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**SEVENTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "7" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**EIGHTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "8" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**NINTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "9" of Plaintiff's Complaint.

**TENTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "10" of Plaintiff's Complaint.

**ELEVENTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "11" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**TWELFTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "12" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTEENTH:**          Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "13" of Plaintiff's Complaint,

-2-

and in addition, refers all questions of law to the trial court for judicial determination.

**FOURTEENTH:** Denies the truth of each and every allegation contained within paragraph "14" of Plaintiff's Complaint.

**FIFTEENTH:** Denies the truth of each and every allegation contained within paragraph "15" of Plaintiff's Complaint.

**SIXTEENTH:** Denies the truth of each and every allegation contained within paragraph "16" of Plaintiff's Complaint.

**SEVENTEENTH:** Denies the truth of each and every allegation contained within paragraph "17" of Plaintiff's Complaint.

**EIGHTEENTH:** Denies the truth of each and every allegation contained within paragraph "18" of Plaintiff's Complaint.

**NINETEENTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "19" of Plaintiff's Complaint and in addition, refers all questions of law to the trial court for judicial determination.

**TWENTIETH:** Admits the truth of the allegations contained within paragraph "20" of Plaintiff's Complaint.

**TWENTY-FIRST:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "21" of Plaintiff's Complaint.

**TWENTY- SECOND:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "22" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**TWENTY-THIRD:** Denies the truth of the allegation contained within paragraph "23" of Plaintiff's Complaint that Defendant "acquired" plaintiff's "obligation, or

alleged obligation, owed or due, or asserted to be owed or due an original creditor other than Defendant". Defendant denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained within paragraph "23" of Plaintiff's Complaint, and in addition, states that the contents of the documents referred to therein speak for themselves.

**TWENTY-FOURTH:**     Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "24" of Plaintiff's Complaint, and in addition, state that the contents of the documents referred to therein speak for themselves.

**TWENTY-FIFTH:**     Denies the truth of each and every allegation contained within paragraph "25" of Plaintiff's Complaint.

**TWENTY-SIXTH:**     Denies the truth of each and every allegation contained within paragraph "26" of Plaintiff's Complaint.

**TWENTY-SEVENTH:**     Denies the truth of each and every allegation contained within paragraph "27" of Plaintiff's.

**TWENTY-EIGHTH:**     Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "28" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**TWENTY-NINTH:**     Denies the truth of each and every allegation contained within paragraph "29" of Plaintiff's Complaint.

**THIRTIETH:**     Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "30" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTY-FIRST:**     Denies knowledge or information sufficient to form a belief

2077179.1

as to the truth of each and every allegation contained within paragraph "31" of Plaintiff's Complaint, and in addition, state that the contents of the documents referred to therein speak for themselves.

**THIRTY-SECOND:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "32" of Plaintiff's Complaint.

**THIRTY- THIRD:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "33" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTY-FOURTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "34" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**THIRTY-FIFTH:** Denies the truth of each and every allegation contained within paragraph "35" of Plaintiff's Complaint.

**THIRTY-SIXTH:** Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "36" of Plaintiff's Complaint, and in addition, state that the contents of the documents referred to therein speak for themselves.

**THIRTY-SEVENTH:** Denies the truth of each and every allegation contained within paragraph "37" of Plaintiff's Complaint.


## FIRST CAUSE OF ACTION

**THIRTY-EIGHTH:** Defendant repeats, reiterates and realleges each and every

denial and denial asserted upon information and belief in response to paragraphs "1" through "38" of the Plaintiffs' Complaint as if the same were repeated verbatim at length herein.

**THIRTY-NINTH:**  Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "39" of Plaintiff's Complaint.

**FORTIETH:**  Denies the truth of each and every allegation contained within paragraph "40" of Plaintiff's Complaint.

**FORTY-FIRST:**  Denies the truth of each and every allegation contained within paragraph "41" of Plaintiff's Complaint.

**FORTY-SECOND:**  Denies the truth of each and every allegation contained within paragraph "42" of Plaintiff's Complaint.

**FORTY-THIRD:**  Denies the truth of each and every allegation contained within paragraph "43" of Plaintiff's Complaint.

**FORTY-FOURTH:**  Denies the truth of each and every allegation contained within paragraph "44" of Plaintiff's Complaint, including subparagraphs A through E.

**FORTY-FIFTH:**  Denies the truth of each and every allegation contained within paragraph "45" of Plaintiff's Complaint.

**FORTY-SIXTH:**  Denies the truth of each and every allegation contained within paragraph "46" of Plaintiff's Complaint.

**FORTY-SEVENTH:**  Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained within paragraph "47" of Plaintiff's Complaint, and in addition, refers all questions of law to the trial court for judicial determination.

**FORTY-EIGHTH:**  Denies the truth of each and every allegation contained

-6-

within paragraph "48" of Plaintiff's Complaint.

**FORTH-NINTH:** Denies the truth of each and every allegation contained within paragraph "49" of Plaintiff's Complaint.


## AS AND FOR ANSWERING DEFENDANT'S
## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a valid cause of action upon which relief may be granted.


## AS AND FOR ANSWERING DEFENDANT'S
## SECOND AFFIRMATIVE DEFENSE

The Plaintiff's Complaint is not supported by documentary evidence.


## AS AND FOR ANSWERING DEFENDANT'S
## THIRD AFFIRMATIVE DEFENSE

Upon information and belief, the causes of action asserted in the Plaintiff's Complaint against the Answering Defendant are barred in whole or in part by the doctrine of estoppel.


## AS AND FOR ANSWERING DEFENDANT'S
## FOURTH AFFIRMATIVE DEFENSE

If Plaintiff has incurred any damages herein, which claim is expressly denied, such damages are the result of his own culpable conduct.


## AS AND FOR ANSWERING DEFENDANT'S
## FIFTH AFFIRMATIVE DEFENSE

Defendant did not violate, in whole or in part, any provision of the FDCPA.

**AS AND FOR ANSWERING DEFENDANT'S**
**<u>SIXTH AFFIRMATIVE DEFENSE</u>**

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was not intentional and resulted from a *bona fide* error notwithstanding reasonable procedures adopted to avoid any such error.

**AS AND FOR ANSWERING DEFENDANT'S**
**<u>SEVENTH AFFIRMATIVE DEFENSE</u>**

To the extent a violation of any provision of 15 USC §1692 occurred, which violation is expressly denied, such violation was the result of acts of non-agents, or agents acting outside the scope of their authority.

**AS AND FOR ANSWERING DEFENDANT'S**
**<u>EIGHTH AFFIRMATIVE DEFENSE</u>**

The instant action is barred by the expiration of the applicable statute of limitations.

**AS AND FOR ANSWERING DEFENDANT'S**
**<u>NINTH AFFIRMATIVE DEFENSE</u>**

Plaintiff is precluded by the doctrine of waiver and estoppel.

**AS AND FOR ANSWERING DEFENDANT'S**
**<u>TENTH AFFIRMATIVE DEFENSE</u>**

Plaintiff has failed to mitigate his damages.

2077179.1

**WHEREFORE,** Answering Defendant LAW OFFICES OF COHEN & SLAMOWITZ, LLP, respectfully requests that this Court enter judgment herein dismissing Plaintiff's claims against them in their entirety, together with such other, further and different relief as this Court deems just and proper.

Dated:  New York, New York
  March 25, 2012

                              Respectfully Yours,

                              **LITTLETON, JOYCE, UGHETTA,
                              PARK & KELLY LLP**


                              By:_____
                                  Wendy B. Shepps (WS1207)
                                  Attorneys for Defendant
                                  COHEN & SLAMOWITZ, LLP
                                  39 Broadway, 34th Floor
                                  New York, New York 10006
                                  (212) 404-5777
                                  File No.: 07883.00063


TO:     Adam Fishbein, P.C.
        Attorneys for Plaintiff
        Shimon Gotlib
        483 Chestnut Street
        Cedarhurst, New York 11516

2077179.1

## <u>CERTIFICATE OF SERVICE</u>

I, Wendy B. Shepps, hereby certify that on March 25, 2012, I electronically filed the foregoing Answer with the Clerk of the District Court using its CM/ECF system which would then electronically notify Adam Fishbein, P.C., counsel for the Plaintiff.

_____
Wendy B. Shepps (WS 1207)

2077179.1