**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

March 24, 2013

**VIA ECF**
The Honorable Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:   Gottlib v. Cohen
        11 CV 6292 (NGG) (VMS)**

Dear Magistrate Judge Scanlon:

I represent the plaintiff in the above referenced matter.  In response to the Court's order to show cause, I would like to take the opportunity to address the issue as to why no stipulation of discontinuance has been filed.  The defendant's settlement agreement requires a notarization.  We forwarded an executed agreement but Ms. Shepps was not satisfied because she deemed the notary public's signature as not a signature but a crossing out of the notarization.  We submitted a second agreement where we left the notarization clear for her inspection but she complained that it was not signed by the notary.  We are in the process of having our client execute a third copy of the agreement for Ms. Shepps' inspection.

I will be out of the office until after the Passover holiday returning on April 3, 2013.  I will be checking emails on Monday, Thursday and Friday of this week.

Thank you for the Court's attention to the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:    Wendy Shepps, Esq.